## BULLARD & SMITH *vs.* TRICE *et al.*

That one of the jurors who tried a case was a cousin of the successful plaintiff, which fact the defendants did not know until after the trial, is good ground for new trial.  See 60 *Ga.*, 550.

WARNER, Chief Justice.